BEFORE THE SECOND DIVISION, APRIL 22, 1968

**No. P68/213.**—Daher Company, Inc., et al. *v.* United States, protests 64/14984, etc. (New York).

Beckworth, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of containers

of tinplate, not plated with platinum, gold, or sliver, and not containing electrical heating elements, similar in all material respects to those the subject of *Fabius & Co., Inc.*, and *Daher Company, Inc.* v. *United States* (55 Cust. Ct. 305, C.D. 2595), the claim of the plaintiffs was sustained.